ROBINSON YABLON COOPER, LLP
232 MADISON AVENUE, SUITE 909
NEW YORK, NEW YORK 10016
(212) 725-8566
ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| MORRIS SILBERMAN | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY |
| Plaintiff, | |
| v. | DOCKET NO.: BER-L- |
| COSTCO WHOLESALE CORPORATION, | CIVIL ACTION |
| Defendant. | **COMPLAINT AND JURY DEMAND** |

The plaintiff, MORRIS SILBERMAN, by his attorneys Robinson Yablon Cooper, LLP, by way of complaint of the above named defendant says:

1. That on February 15, 2020, the plaintiff was and still is a resident of Washington, County of Warren, State of New Jersey.

2. That on February 15, 2020, the defendant, Costco Wholesale Corporation (hereinafter as "Costco"), was a corporation operating in the State of New Jersey under the laws of the State of New Jersey, with its principal place of business and citizenship in Teterboro, County of Bergen, State of New Jersey.

3. That on February 15, 2020 and for some time prior thereto, the defendant Costco, owned the property located at 2 Teterboro Landing Drive, Teterboro, New Jersey 07608.

4. That on February 15, 2020 and for some time prior thereto, the defendant Costco, operated the property located at 2 Teterboro Landing Drive, Teterboro, New Jersey 07608.

5. That on February 15, 2020 and for some time prior thereto, the defendant Costco, maintained the property located at 2 Teterboro Landing Drive, Teterboro, New Jersey 07608.

6. That on February 15, 2020 and for some time prior thereto, the defendant Costco, controlled the property located at 2 Teterboro Landing Drive, Teterboro, New Jersey 07608.

7. That on February 15, 2020, plaintiff was an invitee of the defendant, Costco, at 2 Teterboro Landing Drive, Teterboro, New Jersey 07608.

8. That on February 15, 2020, and for some time prior thereto, it was the duty of the defendant, Costco, to maintain the aforementioned property in a safe and habitable manner. This duty included but was not limited to maintaining the premises with safe conditions, a duty to warn of dangerous conditions, and a duty to remedy any dangerous conditions located on the property.

9. That on February 15, 2020, the defendants failed in that duty, in causing, allowing, and permitting a dangerous hazard to be present on the property, specifically a pallet of overloaded and improperly secured inventory, despite having actual and constructive notice of said hazard.

10. That the hazard located on the property owned and maintained by the defendant caused the plaintiff to suffer severe and permanent injuries.

11. As a direct and proximate cause of the negligent, careless and reckless conduct of defendant, in the ownership, operation, maintenance and control of the aforementioned premises, the plaintiff was caused to suffer and sustain severe, permanent and disabling injuries, pain and suffering, loss of the enjoyment of life, has been and will in the future be caused to obtain medical treatment and incur medical expenses and has been and will in the future be caused to refrain from her normal pursuits and activities.

**WHEREFORE**, plaintiff, MORRIS SILBERMAN, demands judgment against the defendant, in the alternative for damages, together with interest, plus costs of suit, and any other relief the Court deems just and appropriate.

Dated:  January 19, 2021

ROBINSON YABLON COOPER, LLP

*Jared R. Cooper*
_____
By:  Jared R. Cooper, Esq.
232 Madison Avenue, Suite 909
New York, New York 10016
(212) 725-8566
Attorneys for Plaintiff

JURY DEMAND

PLEASE TAKE NOTICE that Plaintiff hereby requests a trial by jury as to all issues herein.

DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 4:25-1, Jared Cooper, Esq. is designated as trial counsel.

Dated:  January 19, 2021

*Jared R. Cooper*
_____
Jared R. Cooper, Esq.
Attorney for Plaintiff

# Civil Case Information Statement

## Case Details: BERGEN | Civil Part Docket# L-000402-21

**Case Caption:** SILBERMAN MORRIS VS COSTCO WHOLESALE COR PORATIO
**Case Initiation Date:** 01/19/2021
**Attorney Name:** JARED R COOPER
**Firm Name:** ROBINSON & YABLON, PC
**Address:** 232 MADISON AVE STE 909
NEW YORK NY 10016
**Phone:** 2127258566
**Name of Party:** PLAINTIFF : Silberman, Morris
**Name of Defendant's Primary Insurance Company** (if known): Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Morris Silberman?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
  **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/19/2021                                                                                          /s/ JARED R COOPER
Dated                                                                                               Signed